```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
MARCOS MIRANDA-LUNA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S 09-497 EJG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) | |
| v. | ) | Date: January 15, 2010 |
| | ) | Time: 10:00 a.m. |
| MARCOS MIRANDA-LUNA, | ) | Judge: Hon. Edward J. Garcia |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through counsel, Michael D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Miranda-Luna, that the Court should vacate the status conference scheduled for January 15, 2010, at 10:00 a.m., and reset it for February 5, 2010, at 10:00 a.m.

Counsel for Mr. Miranda-Luna has yet to receive the Pre-Plea Advisory Guideline Presentence Investigation Report.  Counsel requires the continuance in order to receive the report, and review it with Mr. Miranda-Luna.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through February 5, 2010, when it computes the time within which the trial of the above

1

criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Miranda-Luna's request for a continuance outweigh the best interest of the public and Mr. Miranda-Luna in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: January 7, 2010

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M.Petrik

MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorneys for Defendant

Dated: January 7, 2010

LAWRENCE G. BROWN
United States Attorney

/s/ M.Petrik for Michael D. Anderson

MICHAEL D. ANDERSON
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on February 5, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: 1/7/2010

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
United States District Judge

2