1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   MARCOS MIRANDA-LUNA
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,     ) No. 09-497 EJG
                                 )
11            Plaintiff,         ) STIPULATION AND ORDER
                                 )
12      v.                       ) Date: March 5, 2010
                                 ) Time: 10:00 a.m.
13 MARCOS MIRANDA-LUNA,          ) Judge: Hon. Edward J. Garcia
                                 )
14            Defendant.         )
   _____ )
15

16       IT IS HEREBY STIPULATED by the parties, through counsel, Michael

17 D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr.,

18 attorney for Mr. Miranda-Luna, that the Court should vacate the status

19 conference scheduled for March 5, 2010, at 10:00 a.m., and reset it for

20 March 19, 2010, at 10:00 a.m.

21       Counsel for Mr. Miranda-Luna has yet to receive the Pre-Plea

22 Advisory Guideline Presentence Investigation Report.  Counsel requires

23 the continuance in order to receive the report, and review it with Mr.

24 Miranda-Luna.

25       It is further stipulated by the parties that the Court should

26 exclude the period from the date of this order through March 19, 2010,

27

28 STIPULATION AND [PROPOSED ORDER]          1                      09-497 EJG

when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Miranda-Luna's request for a continuance outweigh the best interest of the public and Mr. Miranda-Luna in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: March 3, 2010                     Respectfully submitted,

                                         DANIEL BRODERICK
                                         Federal Defender

                                         /s/ M.Petrik
                                         _____
                                         MICHAEL PETRIK, Jr.
                                         Assistant Federal Defender
                                         Attorneys for Defendant

Dated: March 3, 2010                     BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ M.Petrik for Michael D. Anderson
                                         _____
                                         MICHAEL D. ANDERSON
                                         Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on March 19, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: March 3, 2010                     /s/ Edward J. Garcia
                                         HON. EDWARD J. GARCIA
                                         United States District Judge

STIPULATION AND [PROPOSED ORDER]     2                          09-497 EJG